# UNITED STATES DISTRICT COURT

for the _____ District of _____ New Jersey

United States of America

v.

Douglas Gary
_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: _____

IT IS ORDERED on this 17th day of Feb, 2010 ORDERED that the release of the defendant is subject to the following conditions:

Bail be fixed at $ 50,000 and the defendant be released upon:

(X) Executing a(n) secured/unsecured appearance bond ( ) with co-signor;
( ) Executing an appearance bond and depositing in cash in the registry of the Court _____% of the bail fixed.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;
( ) Execute an agreement to post designated property. Local rule (re: value of property) waived/not waived by the Court.

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

( ) The defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
( ) The defendant be release in the custody of _____
                                                (Name of person)
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____

(X) The defendant's travel is restricted to (X) New Jersey ( ) New York ( ) Other unless otherwise approved by PTS.
(X) Surrender passport and/or other travel documents to PTS and obtain no new one.
( ) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
( ) Additional conditions:   (X) Report to PTS as directed.
        ( ) Electronic Monitoring by PTS, with release for court appearance, attorney visits, medical emergencies, with prior approval of PTS (cost to be incurred by the defendant).
        ( ) Drug and/or alcohol testing/treatment as deemed appropriate by PTS.
        ( ) Surrender of firearms or other dangerous weapons
        (X) Mental health treatment as deemed appropriate by PTS.
*) Maintain residence & not relocate w/o approval of PTS
X) Submit to substance abuse testing/treatment.
(X) adhere to all N.J. State Parole conditions

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Douglas Gary
_____
Signature of Defendant

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release.

Date: 2/17/10

_____
Signature of Judicial Officer

**DICKINSON R. DEBEVOISE** U.S.D.J.
_____
Name and Title of Judicial Officer

(Rev. 9/04)