PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Douglas Gary                                   Cr.: 10-00096-001
                                                                 PACTS #: 51152

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. WALLS
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/28/2010

Original Offense: PRODUCE/TRAFFIC IN COUNTERFIET DEVICES, 18 U.S.C. § 1029(a)(2)

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/23/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | During a scheduled office visit on December 9, 2015, Gary admitted to smoking marijuana and snorting heroin on December 7, 2015. |
| 2 | The offender has failed to make payments towards restitution. There remains an outstanding balance of $180,824.83. |

U.S. Probation Officer Action:
While the probation office is discouraged by Gary's actions, we are requesting an opportunity to address his noncompliance internally. We intend to refer him to mental health treatment and outpatient drug treatment. We also plan to provide him with a life skills home study workbook designed to teach cognitive skills to overcome chemical cravings. We will work with Gary to ensure he completes the assignments in the workbook. We will continue to monitor his employment search. If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional noncompliance.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 12/16/2015

Prob 12A – page 2
Douglas Gary

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

21 December 2015
Date