PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Douglas Gary                                Cr.: 10-00096-001
                                                              PACTS #: 51152

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/28/2010

Original Offense: Produces/Traffics In Counterfeit Device

Original Sentence: 51 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/23/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender failed to pay his restitution in the amount of $180,824.83 and his $100 special assessment penalty. |

U.S. Probation Officer Action:
On February 3, 2017, the offender passed away while at JFK Hospital in Edison, New Jersey. His death has been verified. We are notifying the Court that we will be closing the offender's case, and we will also notify the Financial Litigation Unit regarding the outstanding financial penalties.

Respectfully submitted,

By: Edward J Irwin
U.S. Probation Officer
Date: 02/28/2017

Prob 12A – page 2
Douglas Gary

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Case to be closed as a result of the offender's death with outstanding restitution

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date